DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHN BROWN** and **GEORGENE BROWN,**
Appellants,

v.

**OMEGA INSURANCE COMPANY,**
Appellee.

No. 4D21-120

[July 21, 2021]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; John S. Kastrenakes, Judge; L.T. Case No. 502018CA010137XXXMB.

Earl I. Higgs, Jr., of Higgs Law, P.A., Orlando, for appellants.

Scot E. Samis of Traub, Lieberman, Straus & Shrewsberry LLP, St. Petersburg, for appellee.

### ***CONFESSION OF ERROR***

MAY, J.

This is an appeal of an attorney's fees and costs judgment entered following a final summary judgment. We stayed this appeal pending a decision in the appeal of the underlying final summary judgment. Order, *Brown v. Omega Ins. Co.*, No. 4D21-120 (Fla. 4th DCA Feb. 18, 2021) (order granting motion to stay).

We reversed the final summary judgment in *Brown v. Omega Insurance Co.*, 46 Fla. L. Weekly D1218 (Fla. 4th DCA May 26, 2021). The mandate issued on June 17, 2021. Order, *Brown v. Omega Ins. Co.*, No. 4D21-120 (Fla. 4th DCA June 17, 2021) (order lifting the stay). The parties have now filed a Confession of Error.

Based on the reversal of the underlying judgment, and with the consent of both parties, we reverse the attorney's fees and costs judgment. *Hickman v. Barclay's Int'l Realty, Inc.*, 12 So. 3d 327, 327 (Fla. 4th DCA 2009) ("[W]here an award of attorney's fees is dependent upon the

judgment obtained, . . . reversal of the . . . judgment necessitates the reversal of the fee award." (first alteration in original)).

*Reversed and remanded.*

WARNER and LEVINE, JJ., concur.

*       *       *

**Not final until disposition of timely filed motion for rehearing.**